Form 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **CORINTH PIPEWORKS PIPE INDUSTRY S.A. and CPW AMERICA CO.,**<br>                    Plaintiffs**,**<br>v.<br>**UNITED STATES,**<br>                    Defendant. | **COURT NO. 22-00063**<br><br>**S U M M O N S** |

**TO:**   The Attorney General and the Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Plaintiff Corinth Pipeworks Pipe Industry S.A. ("CPW") is the sole producer and exporter of large diameter welded pipe ("LDWP") from Greece and was the mandatory respondent in the first administrative review of the order on LDWP from Greece.  Plaintiff CPW America Co. is the U.S. affiliate of CPW and the U.S. importer of LDWP from Greece. Plaintiffs participated in the proceeding that led to the contested determination and are interested parties pursuant to 19 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
   (*Name and standing of plaintiff*)

2. Plaintiffs contest the final results of the first administrative review of the antidumping order on large diameter welded pipe from Greece.  The contested final results were published in the *Federal Register* as *Large Diameter Welded Pipe From Greece: Final Results of Antidumping Duty Administrative Review: 2019-2020,* 87 Fed. Reg. 7,120 (Dep't of Commerce Feb. 8, 2022).
   (*Brief description of contested determination*)

3. The final results were signed on February 2, 2022.
   (*Date of determination*)

4. The final results were published in the *Federal Register* on February 8, 2022.
   (*If applicable, date of publication in Federal Register of notice of contested determination*)

   / s / Frederick P. Waite
   Signature of Plaintiffs' Attorney

   March 4, 2022
          Date

FREDERICK P. WAITE
VORYS, SATER, SEYMOUR AND PEASE LLP
1909 K Street, NW, Ninth Floor
Washington, DC  20006-1152
(202) 467-8852
Email:   fpwaite@vorys.com
*Counsel to Plaintiff*

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY  10278-0140

General Counsel
U.S. Department of Commerce
14th & Constitution Avenue, NW
Washington, DC  20230

Attorney-in-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Civil Division Room, 12124
1100 L Street, NW
Mail Stop 5875 HCHB
Washington, DC  20530