**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

```
_____
                                          )
CORINTH PIPEWORKS PIPE INDUSTRY S.A. and  )
CPW AMERICA CO.                           )
                                          )
            Plaintiffs,                   )
     v.                                   )
                                          )    Before: Leo M. Gordon, Judge
UNITED STATES,                            )
                                          )    Court No. 22-00063
            Defendant,                    )
                                          )
        and                               )
                                          )
THE AMERICAN LINE PIPE PRODUCERS ASSOCIATION )
TRADE COMMITTEE,                          )
                                          )
            Defendant-Intervenor.         )
_____ )
```

**NOTIFICATION OF TERMINATION OF ACCESS
TO BUSINESS PROPRIETARY INFORMATION
PURSUANT TO RULE 73.2(C)**

    FREDERICK P. WAITE     declares that (check one)

1)    TERMINATION BY AN INDIVIDUAL

☐    I am an attorney/consultant representing or retained on behalf of _____ in this action. I hereby give notice that I am no longer involved in the litigation in this action and, therefore, I have terminated my access to Business Proprietary Information in such action. I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

| Not Applicable | Not Applicable |
|---|---|
| [Name of proceeding] | [Case or investigation no.] |

OR

2)     TERMINATION BY A FIRM

☒     I am an attorney representing <u>Corinth Pipeworks Pipe Industry SA and CPW America Company</u> in this action. I hereby give notice that, because of the termination of all litigation in this action or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

| Large Diameter Welded Pipe from Greece | A-484-803 |
|---|---|
| [Name of proceeding] | [Case or investigation no.] |

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action or in the administrative proceeding that gave rise to the action to any person.

    /s/   FREDERICK P. WAITE
FREDERICK P. WAITE

VORYS, SATER, SEYMOUR AND PEASE LLP

1909 K Street, NW, Ninth Floor
Washington, DC  20006-1152

1-(202) 467-8852
E-mail:  fpwaite@vorys.com

Dated:     August 4, 2022

(As amended Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)