# THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: HONORABLE LEO M. GORDON, SENIOR JUDGE

|  |  |  |
|---|---|---|
| CORINTH PIPEWORKS PIPE INDUSTRY S.A. AND CPW AMERICA CO., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Court No. 22-00063 |
| UNITED STATES, | ) ) ) | |
| Defendant, | ) ) ) | |
| THE AMERICAN LINE PIPE PRODUCERS ASSOCIATION TRADE COMMITTEE, | ) ) ) ) | |
| Defendant-Intervenor. | ) ) | |

**Order**

Upon consideration of Plaintiffs' Motion for Judgment on the Agency Record Pursuant to Rule 56.2 and all other pleadings, papers and proceedings herein, it is hereby

**ORDERED**, that Plaintiffs' Rule 56.2 Motion is GRANTED, and it is further

**ORDERED**, that the decision of the U.S. Department of Commerce ("Commerce") in <u>Large Diameter Welded Pipe From Greece</u>, 87 Fed. Reg. 7120 (Dep't of Commerce Feb. 8, 2022), and the accompanying Decision Memorandum for the Final Results of the 2019-2020 Administrative Review of the Antidumping Duty Order on Large Diameter Welded Carbon and Alloy Steel Line Pipe from Greece (Dep't of Commerce Feb. 2, 2022) is remanded to Commerce with instructions to consider in the first instance the arguments raised by Plaintiffs showing that their costs reconcile and to calculate Plaintiffs' antidumping margin consistent with the methodology used by Commerce in the <u>Preliminary Results</u>, and it is further

**ORDERED**, that Commerce shall provide the Court and parties with revised results within 60 days of this order. Parties shall have 30 days to submit briefs on the revised results to the Court. Responses to those briefs shall be filed within 15 days thereafter.

Dated: _____                              _____
      New York, New York                                            Leo M. Gordon
                                                                                         Senior Judge

## THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: HONORABLE LEO M. GORDON, SENIOR JUDGE

| | |
|---|---|
| CORINTH PIPEWORKS PIPE INDUSTRY S.A. AND CPW AMERICA CO., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> THE AMERICAN LINE PIPE PRODUCERS ASSOCIATION TRADE COMMITTEE, <br><br> Defendant-Intervenor. | Court No. 22-00063 |

**PLAINTIFFS' MOTION FOR JUDGMENT ON THE AGENCY RECORD PURSUANT TO RULE 56.2**

Pursuant to Rule 56.2 of the Rules of the U.S. Court of International Trade, Plaintiffs Corinth Pipeworks Pipe Industry S.A. and CPW America Co. (collectively "CPW") hereby move for Judgment on the Agency Record with respect to the Final Results of the U.S. Department of Commerce ("Commerce") in the antidumping duty administrative review of large diameter welded pipe from Greece. Large Diameter Welded Pipe From Greece, 87 Fed. Reg. 7120 (Dep't of Commerce Feb. 8, 2022) ("Final Results"), and the accompanying Decision Memorandum for the Final Results of the 2019-2020 Administrative Review of the Antidumping Duty Order on Large Diameter Welded Carbon and Alloy Steel Line Pipe from Greece (Dep't of Commerce Feb. 2, 2022).

For the reasons explained in the accompanying Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Judgment on the Agency Record Pursuant to Rule 56.2,

CPW moves the Court to grant this motion and hold that Commerce's <u>Final Results</u> are not supported by substantial evidence and are otherwise not in accordance with law and remand to Commerce to consider in the first instance the arguments raised by CPW showing that its costs reconcile and that Commerce's use of adverse facts available to determine CPW's dumping margin was not warranted.  CPW further requests that the Court remand this matter to Commerce for disposition consistent with the order and opinion of the Court.

      A proposed order is enclosed.

                                                Respectfully submitted,

                                                <u>/s/ Kristin H. Mowry</u>
                                                Kristin H. Mowry
                                                Jeffrey S. Grimson
                                                Jill A. Cramer
                                                Bryan P. Cenko
                                                MOWRY & GRIMSON, PLLC
                                                5335 Wisconsin Ave., NW, Suite 810
                                                Washington, DC 20015
                                                202.688.3610 (ph)
                                                202.595.8968 (fax)
September 16, 2022                     trade@mowrygrimson.com
                                                *Counsel to Plaintiffs*