THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE LEO M. GORDON, SENIOR JUDGE

| | |
|---|---|
| CORINTH PIPEWORKS PIPE INDUSTRY S.A. AND CPW AMERICA CO., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> THE AMERICAN LINE PIPE PRODUCERS ASSOCIATION TRADE COMMITTEE, <br><br> Defendant-Intervenor. | Court No. 22-00063 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Corinth Pipeworks Pipe Industry S.A. and CPW America Co. (collectively, "CPW") in the above-named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the slip opinion and final judgment entered in this action on April 28, 2023.  See Corinth Pipeworks Pipe Industry S.A., et al. v. United States, Ct. No. 22-00063, slip op. 23-65 (Apr. 28, 2023), ECF No. 53; see also Judgment (Apr. 28, 2023), ECF No. 54.

Respectfully submitted,

June 26, 2023
Date

/s/ Kristin H. Mowry
Kristin H. Mowry
MOWRY & GRIMSON, PLLC
5335 Wisconsin Avenue, NW, Suite 810
Washington, DC 20015
Phone Number: (202) 688-3610
Email: trade@mowrygrimson.com
*Counsel to CPW*